Abran E. Vigil, Esq.
Nevada Bar No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Holly Ann Priest, Esq.
Nevada Bar No. 13226
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com

*Attorney for Plaintiff*
*JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JPMORGAN CHASE BANK, N.A.,

Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and MARAVILLA HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; and EMMANUEL ENU-KWESI,

Defendants.

Case No. 2:17-cv-00340-RFB-CWH

**STIPULATION AND ORDER RE: POSTING SECURITY FOR COSTS**

Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), Defendant SFR Investments Pool 1, LLC ("SFR"), and Defendant Maravilla Homeowners' Association, by and through their counsel of record, request the entry of an order authorizing Chase to deposit security for costs. On May 22, 2017, SFR filed and served a "Demand for Security of Costs Pursuant to NRS 18.130(1)." (ECF No. 15). Accordingly, pursuant to NRS 18.130(1), the parties stipulate to an order permitting Chase to deposit a check for $500.00 with the Clerk of the Court.

The parties further stipulate that, pursuant to NRS 18.130, SFR shall answer or otherwise respond to the Complaint within ten (10) days of notice that the funds

have been deposited with the Court.

Dated: June 9, 2017

BALLARD SPAHR LLP

By: /s/ Lindsay Demaree
Abran E. Vigil, Esq.
Nevada Bar No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Holly Ann Priest, Esq.
Nevada Bar No. 13226
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Counsel for JPMorgan Chase Bank, N.A.*

Dated: June 9, 2017

HOA LAWYERS GROUP LLC

By: /s/ Steven Loizzi
Steven T. Loizzi, Jr.
Nevada Bar No. 10920
9500 W. Flamingo, Suite 204
Las Vegas, Nevada 89147

*Counsel for Maravilla Homeowners' Association*

Dated: June 9, 2017

KIM GILBERT EBRON

By: /s/ Diana Cline Ebron
Diana Cline Ebron
Nevada Bar No. 10580
Jackie A. Gilbert
Nevada Bar No. 10593
Karen Hanks
Nevada Bar No. 9578
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89014

*Counsel for SFR Investments Pool 1, LLC*

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT/MAGISTRATE JUDGE

DATED: June 14, 2017

2