1 DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
2 E-mail: diana@KGElegal.com
JACQUELINE A. GILBERT, ESQ.
3 Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
4 KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
5 E-mail: karen@KGElegal.com
KIM GILBERT EBRON
6 7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
7 Telephone: (702) 485-3300
Facsimile: (702) 485-3301
8 *Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; MARAVILLA HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; EMMANUEL ENU-KWESI,<br><br>Defendants. | Case No. 2:17-cv-00340-RFB-CWH<br><br>**ORDER GRANTING MOTION TO SERVE EMMANUEL ENU-KWESI BY PUBLICATION**<br><br>**-and-**<br><br>**ORDER GRANTING MOTION TO ENLARGE TIME TO SERVE SUMMONS AND CROSS-CLAIM** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A; EMMANUEL ENU-KWESI, an individual,<br><br>Counter/Cross Defendants. | |

Upon reading the Affidavit of Due Diligence; it appearing that an Answer, Counterclaim, and Cross-Claim has been filed; that a Summons directed to Cross-Defendant, EMMANUEL ENU-KWESI has been issued [ECF No. 27]; that Cross-Defendant, Enu-Kwesi is a necessary

party; and that Cross-Defendant Enu-Kwesi cannot be found to be personally served in the State of Nevada, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that since the Cross-Defendant, EMMANUEL ENU-KWESI, cannot now be found so as to be personally served, he may be served by publication of the Summons at least once a week for four (4) weeks in the Nevada Legal News, a newspaper of general circulation.

**IT IS FURTHER ORDERED** that a copy of the Summons and Answer, Counterclaim, and Cross-Claim shall be mailed forthwith to Cross-Defendant Chee, first class mail, postage prepaid, addressed to the Cross-Defendant's last known address.

**IT IS FURTHER ORDERED** that SFR's Motion to Enlarge Time to Serve is GRANTED and the time for service is extended by an additional 60 days from the date of this order is entered to allow SFR Investments Pool 1, LLC ("SFR") to effectuate service by publication.

Dated October 3, 2017

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**KIM GILBERT EBRON**

*/s/Diana S. Ebron*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*