Abran E. Vigil, Esq.
Nevada Bar. No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar. No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; MARAVILLA HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; EMMANUEL ENU-KWESI, <br><br> Defendants. | Case No. 2:17-CV-00340-RFB-CWH <br><br> **JPMORGAN CHASE BANK, N.A.'S MOTION FOR REMOVAL FROM ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counterclaimant/Cross-Claimant, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A.; EMMANUEL ENU-KWESI, an individual, <br><br> Counter-Defendant/Cross-Defendant. | |

//

//

Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through its counsel of record, hereby moves for removal of Joseph Sakai, Esq., and Holly Priest, Esq., from the electronic service list. Chase will continue to be represented by Abran E. Vigil, Lindsay Demaree, Maria Gall, and Kyle Ewing of Ballard Spahr LLP in this case.

Documents are no longer to be served by electronic means to the following person:

Joseph Sakai:  sakaij@ballardspahr.com

Holly Priest  priesth@ballardspahr.com

Dated: October 11. 2017.

BALLARD SPAHR LLP

By: /s/     Maria A. Gall
Abran E. Vigil, Esq.
Nevada Bar. No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar. No. 14051
Holly A. Priest, Esq.
Nevada Bar. No. 13226
Joseph P. Sakai, Esq.
Nevada Bar. No. 13578
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for JPMorgan Chase Bank, N.A.*

IT IS SO ORDERED.

DATED: October 12, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2017, a true copy of the foregoing **JPMORGAN CHASE BANK, N.A.'S MOTION FOR REMOVAL FROM ELECTRONIC SERVICE LIST** was filed via the Court's CM/ECF System and electronically served by the Court on all parties who have appeared.

I further certify that on October 11, 2017, I served a true and correct copy of the foregoing **JPMORGAN CHASE BANK, N.A.'S MOTION FOR REMOVAL FROM ELECTRONIC SERVICE LIST** via U.S. Mail, postage prepaid, upon the following party:

Emmanuel Enu-Kwesi
9285 Lopseed Court
Las Vegas, NV 89149

                                             /s/    C. Bowman
                                             An Employee of Ballard Spahr LLP