Joel E. Tasca, Esq.
Nevada Bar. No. 14124
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing
Nevada Bar. No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br>Plaintiff, <br><br>vs. <br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; MARAVILLA HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; EMMANUEL ENU-KWESI, <br><br>Defendants. | Case No. 2:17-CV-00340-RFB-VCF <br><br>**STIPULATION AND ORDER TO EXTEND THE DISPOSITIVE MOTION BRIEFING SCHEDULE** <br><br>**(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br>Counterclaimant/Cross-Claimant, <br><br>vs. <br><br>JPMORGAN CHASE BANK, N.A.; EMMANUEL ENU-KWESI, an individual, <br><br>Counter-Defendant/Cross-Defendant. | |

| | |
|---|---|
| 1 | Pursuant to LR IA 6-1, Plaintiff/Counter-Defendant/Cross-Defendant JPMorgan Chase Bank, N.A. ("Chase") and Defendant/Counter-Claimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree to amend the briefing schedules on the Parties' respective Motions for Summary Judgment (ECF Nos. 43 and 44) as follows: |

1. Chase filed its Motion for Summary Judgment (ECF No. 43) on January 8, 2018.

2. SFR filed its Motion for Summary Judgment (ECF No. 44) on January 8, 2018.

3. SFR filed its Response to Chase's Motion for Summary Judgment (ECF No. 45) on January 29, 2018.

4. Chase filed its Response to SFR's Motion for Summary Judgment (ECF No. 46) on January 29, 2018.

5. The Parties hereby stipulate that they will have up to and until February 26, 2018 (current due date is February 12, 2018) to file their respective Replies to the Responses to Motion(s) for Summary Judgment (ECF. Nos. 45 and 46).

6. This is the Parties' first request to extend time for these Motions.

7. The Parties agreed to this extension to accommodate the schedules of counsel and to offset necessary delays in briefing related to the Motions.

*[remainder of page intentionally left blank]*

The Parties make this request for a brief extension of time in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

Respectfully submitted this 5th day of February, 2018.

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Kyle A. Ewing<br>Joel Tasca<br>Nevada Bar No. 14124<br>Abran E. Vigil, Esq.<br>Nevada Bar. No. 7548<br>Maria A. Gall, Esq.<br>Nevada Bar No. 14200<br>Lindsay C. Demaree, Esq.<br>Nevada Bar No. 11949<br>Kyle A. Ewing, Esq.<br>Nevada Bar. No. 14051<br>1980 Festival Plaza Dr., Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Diana S. Ebron<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

## ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: February 6, 2018.

# CERTIFICATE OF SERVICE

I certify that on February 5, 2018, pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing **STIPULATION AND ORDER TO EXTEND THE DISPOSITIVE MOTION BRIEFING SCHEDULE** was filed via the Court's CM/ECF System and electronically served by the Court on all parties who have appeared.

I further certify that on February 5, 2018, pursuant to Federal Rule of Civil Procedure 5, I directed the mailing of true copies of the foregoing **STIPULATION AND ORDER TO EXTEND THE DISPOSITIVE MOTION BRIEFING SCHEDULE** to the following parties via U.S. Mail at the following addresses:

Emmanuel Enu-Kwesi
9285 Lopseed Court
Las Vegas, NV 89149

/s/ Charlene Bowman
An Employee of Ballard Spahr LLP