Joel E. Tasca, Esq.
Nevada Bar. No. 14124
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar. No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; MARAVILLA HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; EMMANUEL ENU-KWESI, <br><br> Defendants. | Case No. 2:17-CV-00340-RFB-VCF <br><br><br> **STIPULATION AND ORDER TO STAY ENTIRE CASE PENDING SETTLEMENT** <br><br> (First Request) |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counterclaimant/Cross-Claimant, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A.; EMMANUEL ENU-KWESI, an individual, <br><br> Counter-Defendant/Cross-Defendant. | |

///

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") and Defendant Maravilla Homeowners' Association ("Maravilla") (collectively, the "Parties"), through their respective attorneys, stipulate as follows:

1. On or about October 18, 2017, the Court entered an order extending discovery deadlines, setting the deadline to complete discovery for December 7, 2017, dispositive motions for January 8, 2018 and the pre-trial order for February 7, 2018 (ECF No. 39). Discovery has closed, and Chase and SFR have filed competing motions for summary judgment, which were fully briefed. *See, e.g.*, (ECF Nos. 43, 44).

2. The Parties have since come to an agreement and are in the process of finalizing settlement.

3. Given the resolution and to avoid wasting resources and incurring potentially unnecessary expense associated with continued litigation, the Parties agree, and hereby request, a stay of the case to give each side sufficient time and resources to finalize settlement.

[*Continued on the following page*]

4. SFR and Chase anticipate that they will require approximately ninety (90) days to finalize settlement.

5. The Parties make this stipulation in good faith and not for purposes of delay.

Dated: March 21, 2018.

| | |
|---|---|
| BALLARD SPAHR LLP | KIM GILBERT EBRON |
| By: /s/ Kyle A. Ewing <br> Joel E. Tasca <br> Nevada Bar. No. 14124 <br> Maria A. Gall <br> Nevada Bar No. 14200 <br> Lindsay C. Demaree <br> Nevada Bar No. 11949 <br> Kyle A. Ewing <br> Nevada Bar. No. 14051 <br> 1980 Festival Plaza Drive, Suite 900 <br> Las Vegas, Nevada 89135 | By: /s/ Diana S. Ebron <br> Diana S. Ebron <br> Nevada Bar No. 10580 <br> Jackie A. Gilbert <br> Nevada Bar No. 10593 <br> Karen Hanks <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Dr., Suite 110 <br> Las Vegas, Nevada 89014 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

HOA LAWYERS GROUP, LLC

By: /s/ Steve Loizzi, Jr.
　　Steve Loizzi, Jr.
　　Nevada Bar. No. 10920
　　9500 W. Flamingo, Suite 204
　　Las Vegas, Nevada 89147

*Attorneys for Maravilla Homeowners' Association*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 28th day of March, 2018.