Joel E. Tasca, Esq.
Nevada Bar. No. 14124
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar. No. 14051
Justin A. Shiroff, Esq.
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>  Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; MARAVILLA HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; EMMANUEL ENU-KWESI,<br><br>  Defendants. | Case No. 2:17-CV-00340-RFB-VCF<br><br>**STIPULATION AND ORDER TO 1) DISMISS CLAIMS BETWEEN JPMORGAN CHASE BANK, N.A., MARAVILLA HOMEOWNERS' ASSOCIATION, AND SFR INVESTMENTS POOL 1, LLC WITH PREJUDICE; AND 2) LIFT STAY ENTERED MARCH 28, 2018** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>  Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; EMMANUEL ENU-KWESI, an individual,<br><br>  Counter-Defendant/Cross-Defendant. | |

DMWEST #18168256 v1

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") and Defendant Maravilla Homeowners' Association ("Maravilla") (collectively, the "Parties"), through their respective attorneys, stipulate as follows:

1. This action concerns title to real property commonly known as 5640 Ancient Agora Street, North Las Vegas, NV 89031 (the "Property") following a homeowner's association foreclosure sale conducted on August 14, 2013, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20080605-0004165 (the "Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have agreed to release their respective claims, and further agreed that the claims between them, including the Complaint and Counterclaim, shall be DISMISSED with prejudice.

4. As Emmanuel Enu-Kwesi ("Enu-Kwesi") has not appeared in this action, Chase hereby voluntarily dismisses its claims against them pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

5. This Stipulation in no way affects SFR's cross-claim against Enu-Kwesi.

6. The Parties further stipulate and agree that the three Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 20131016-0002908, 20170329-0001392 and 20170804-0001886 be, and the same hereby are, EXPUNGED.

7. The Parties further stipulate and agree that the $500 in security costs posted by Chase on June 20, 2017 pursuant to this Court's Order [ECF No. 18] shall be discharged and released to the Ballard Spahr LLP Trust Account.

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

8. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder;

9. The Parties further agree to lift the stay entered March 28, 2018 [ECF No. 52];

10. This case shall remain open until such time as SFR resolves its pending cross-claim against Enu-Kwesi; and

11. The stipulating Parties in this case number 2:17-CV-00340-RFB-VCF shall bear its own attorneys' fees and costs.

Dated: December 27, 2018.

BALLARD SPAHR LLP

By: /s/ Justin A. Shiroff
   Joel E. Tasca
   Nevada Bar. No. 14124
   Maria A. Gall
   Nevada Bar No. 14200
   Lindsay C. Demaree
   Nevada Bar No. 11949
   Kyle A. Ewing
   Nevada Bar. No. 14051
   Justin A. Shiroff, Esq.
   Nevada Bar No. 12869
   1980 Festival Plaza Drive, Suite 900
   Las Vegas, Nevada 89135

*Attorneys for JPMorgan Chase Bank, N.A.*

HOA LAWYERS GROUP, LLC

By: /s/ Steve Loizzi, Jr.
   Steve Loizzi, Jr.
   Nevada Bar. No. 10920
   9500 W. Flamingo, Suite 204
   Las Vegas, Nevada 89147

*Attorneys for Maravilla Homeowners' Association*

KIM GILBERT EBRON

By: /s/ Diana S. Ebron
   Diana S. Ebron
   Nevada Bar No. 10580
   Jacqueline A. Gilbert
   Nevada Bar No. 10593
   Karen Hanks
   Nevada Bar No. 9578
   7625 Dean Martin Dr., Suite 110
   Las Vegas, Nevada 89014

*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 28, 2018

DMWEST #18168256 v1     3