AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JPMorgan Chase Bank, N.A.,

          Plaintiff,

v.

SFR Investments Pool 1, LLC, et al.,

          Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-00340-RFB-DJA

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Cross Claimant, SFR Investments Pool 1, LLC, and against Cross Defendant, Emmanuel Enu-Kwesi.

3/30/2021
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk